# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN R. CAMPOS and ROBIN CAMPOS**<br>     Plaintiffs,<br><br>vs.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,**<br><br>     Defendants. | Case No 5:17-cv-02221-AG-AGR<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE** |

**ORDER**

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 27, 2020

_____
HONORABLE Andrew J. Guilford
UNITED STATES DISTRICT JUDGE